UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, *et al.*,

                     Petitioners,

-v-

NORTHEAST ELECTRICAL
CONTRACTORS, INC,

                     Respondent.

25-CV-121 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Petitioners have filed a petition to confirm a labor arbitration award. Respondent shall file an appearance on the docket and a response to the petition within 30 days after being served. If Respondent fails to file a response within that time period, the petition will be treated as unopposed.

    Petitioners are directed to serve a copy of this order on Respondent.

    SO ORDERED.

Dated: January 10, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge